# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00858-CV

**M. Z. and R. B., Appellants**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### FROM THE 428TH DISTRICT COURT OF HAYS COUNTY,
### NO. 13-1310, THE HONORABLE R. BRUCE BOYER, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellants M. Z. and R. B. filed their notices of appeal on December 20, 2013 and December 23, 2013, respectively. The appellate record was complete January 17, 2014, making appellants' briefs due February 6, 2014. On January 30, 2013, counsel for R. B. filed a motion for extension of time to file appellant's brief.

Amendments to the rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion and order Erick A. Bovik and Robert Galvin to file appellants' briefs no later than March 11, 2014. If the briefs are not filed by that date, counsel may be required to show cause why they should not be held in contempt of court.

It is ordered on February 5, 2014.

Before Justices Puryear, Goodwin, and Field